Sarah F. Peterson and Charles A. Peterson, appellees, v. Andrew Clark, trading as A. Clark Transport Company, appellant. Gen. No. 40,488.

Opinion filed April 26, 1939.

Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel. Finn & Miller, for appellees.

Mr. Justice Hebel delivered the opinion of the court.